COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:   01-19-00018-CV

Style:   Lucrecia Mendia v. Fiesta Mart, L.L.C.

Date motion filed*:   June 19, 2019

Type of motion:   Opposed Fourth Motion for Extension of Time to File Appellant's Brief

Party filing motion:   Appellant's counsel Tina Z. Robbins

Document to be filed:   Appellant's Brief

Is appeal accelerated?   No.

If motion to extend time:

Original due date:   March 27, 2019

Number of extensions granted:   3   Current Due Date:  June 17, 2019

Date Requested:   July 2, 2019 (97 days from original due date and 15 days from current due date)

Ordered that motion is:

☒ Granted

    If document is to be filed, document due:  July 2, 2019.

    ☑   No further extensions of time will be granted absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _Although this is appellant's fourth extension request, it is the first request after the filing of the supplemental clerk's record on June 4, 2019.  Accordingly, appellant's fourth motion for an extension of time to file her brief is **granted until July 2, 2019**, but counsel is warned that no further extensions will be granted absent extraordinary circumstances._____

Judge's signature: ___/s/ Laura C. Higley_____
                   x  Acting individually   ☐  Acting for the Court
Date: ___June 25, 2019____